Phyllis G. Pollack, Esq. (SBN: 94668)
PGP Mediation
865 S. Figueroa Street, Suite 1388
Los Angeles, CA 90017
Tel: (213)630-8810/ e-mail: phyllis@pgpmediation.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SNOW JOE LLC, | | CASE NUMBER |
| | Plaintiff(s) | 20CV00587-RSWL-RAO |
| v. | | |
| LINEMART, et al. | | **MEDIATION REPORT** |
| | Defendant(s). | |

***Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.***

1.  ☑ A mediation was held on (date):  September 30, 2021        .

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by L.R. 16-15.5(b).

    ☐ Did not appear as required by L.R. 16-15.5(b).

       ☐ Plaintiff or plaintiff's representative failed to appear.
       ☐ Defendant or defendant's representative failed to appear.
       ☐ Other:

3.  Did the case settle?

    ☑ Yes, fully, on September 30, 2021      (date).

    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*

    ☐ Yes, partially, and further facilitated discussions are **not** expected.

    ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*

    ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: October 1, 2021

*Phyllis G. Pollack*

Signature of Mediator

Phyllis G. Pollack, Esq.

Name of Mediator (print)

*The Mediator must electronically file original document in CM/
ECF using one of four choices under "Civil => Other Filings =>
ADR/Mediation Documents => Mediation Report (ADR-3)."*