JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:   (818) 888-7544

Attorneys for Plaintiff
SNOW JOE, LLC

Alan M. Kindred, SBN 135145
E-mail: akindred@leechtishman.com
Ivan Posey, Esq., SBN 196386
e-mail: iposey@leechtishman.com
LEECH TISHMAN FUSCALDO &
LAMPL, INC., A PROFESSIONAL
CORPORATION
200 South Los Robles Avenue
Suite 300
Pasadena, CA 91101
Phone: (626) 796-4000
Fax: (626) 795-6321

*Attorneys for Defendants,*
*Linemart, Inc., Linemart NJ, Inc., Shenzhen Sailvan Network Technology Ltd. and Shenzhen Sailvan Ecommerce Co., Ltd.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SNOW JOE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LINEMART INC., et al.<br><br>    Defendants. | Case No.: 2:20-cv-00587 RSWL (RAOx)<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

Plaintiff Snow Joe, LLC, through its counsel of record, and Defendants Linemart, Inc., Linemart NJ, Inc., Shenzhen Sailvan Network Technology Ltd., and Shenzhen Sailvan Ecommerce Co., Ltd., through their counsel of record, hereby provide notice to the Court that the parties have reached a settlement. To finalize the terms of settlement which will result in a stipulated injunction and dismissal of the entire action, with prejudice, the parties respectfully request that the Court vacate all pre-trial dates set in this matter, and allow twenty (20) days for the parties to fulfill the requisite settlement terms prior to filing a joint stipulation for entry of permanent injunction and of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Pursuant to L.R. 5-4.3.4(a)(2)(i), e-filer Marcus F. Chaney hereby attests that all other signatories listed, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: November 1, 2021

JOHNSON & PHAM, LLP

By: /s/ Marcus F. Chaney
Christopher Q. Pham, Esq.
Marcus F. Chaney, Esq.
Attorneys for Plaintiff
SNOW JOE, LLC

DATED: November 7, 2021

LEECH TISHMAN FUSCALDO & LAMPL, INC.

By: /s/ Ivan Posey
Alan M Kindred, Esq.
Ivan Posey, Esq.

*Attorneys for Defendants,*
*Linemart, Inc., Linemart NJ, Inc., Shenzhen Sailvan Network Technology Ltd. and Shenzhen Sailvan Ecommerce Co., Ltd.*