JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

Attorneys for Plaintiff
SNOW JOE, LLC

Alan M. Kindred, SBN 135145
E-mail: akindred@leechtishman.com
Ivan Posey, Esq., SBN 196386
e-mail: iposey@leechtishman.com
LEECH TISHMAN FUSCALDO &
LAMPL, INC., A PROFESSIONAL
CORPORATION
200 South Los Robles Avenue
Suite 300
Pasadena, CA 91101
Phone: (626) 796-4000
Fax: (626) 795-6321

*Attorneys for Defendants,*
*Linemart, Inc., Linemart NJ, Inc., Shenzhen Sailvan Network Technology Ltd. and Shenzhen Sailvan Ecommerce Co., Ltd.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SNOW JOE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LINEMART INC., et al.<br><br>    Defendants. | Case No.: 2:20-cv-00587 RSWL (RAOx)<br><br>**JOINT STIPULATION FOR ENTRY OF PERMANENT INJUNCTION AGAINST DEFENDANTS, AND DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE**<br><br>**Judge:** Hon. Ronald S.W. Lew |

- 1 -
JOINT STIPULATION FOR ENTRY OF PERMANENT INJUNCTION

Plaintiff Snow Joe, LLC ("Plaintiff"), and Defendants Linemart, Inc., Linemart NJ, Inc., Shenzhen Sailvan Network Technology Ltd. and Shenzhen Sailvan Ecommerce Co., Ltd. (collectively "Defendants"), through their respective counsel of record, hereby stipulate to entry of a Permanent Injunction against Defendants in the form and content found within the [Proposed] Permanent Injunction and Dismissal of Entire Action, with prejudice, filed concurrently herewith. The parties hereto stipulate and agree as follows:

1. This case involves Plaintiff's claims of direct and contributory false advertising arising under 15 United States Code ("U.S.C.") § 1125(a)(1)(B), Unfair Business Practices pursuant to California Business & Professions Code § 17200, and False Advertising pursuant to California Business & Professions Code § 17500 against Defendants.

2. The Court has supplemental jurisdiction over Plaintiff's claim arising under California statutory law pursuant to 28 U.S.C. §1367 because they are so related to the federal claims as to form part of the same case or controversy.

3. Plaintiff is a New York limited liability company with headquarters in Hoboken, New Jersey.

4. Defendant Linemart, Inc. is a California corporation operating from the City of Industry, California.

5. Defendant Linemart NJ, Inc. is a New Jersey corporation operating from Whippany, New Jersey.

6. Defendant Shenzhen Sailvan Network Techology Ltd. is a China limited company operating from Shenzhen, China.

7. Defendant Shenzhen Sailvan Ecommerce Co., Ltd. is a China limited company operating from Shenzhen, China.

8. Plaintiff designs, develops, and sells high-quality, affordable outdoor tools sold under the SNOW JOE® and SUN JOE® trademarks, including SUN JOE-branded electric pressure washers.

9. Defendants import, sell and distribute a variety of products to consumers in the United States sold under the HOMDOX® and HOMDOX™ trademarks, including HOMDOX-branded electric pressure washers, which compete with Plaintiff's SUN JOE-branded electric pressure washers.

10. Plaintiff and Defendants hereby acknowledge and agree to the terms of the [Proposed] Permanent Injunction against Defendants and Dismissal of Entire Action, with prejudice, filed concurrently herewith.

11. Pursuant to L.R. 5-4.3.4(a)(2)(i), Marcus F. Chaney hereby attests that all other signatories listed, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

IT IS SO STIPULATED by the parties hereto.

Respectfully submitted,

DATED: November 1, 2021           JOHNSON & PHAM, LLP


By: /s/ Marcus F. Chaney
Christopher Q. Pham, Esq.
Marcus F. Chaney, Esq.
Attorneys for Plaintiff
SNOW JOE, LLC


DATED: November 15, 2021         LEECH TISHMAN FUSCALDO & LAMPL, INC.

By: /s/ Ivan Posey
Alan M Kindred, Esq.
Ivan Posey, Esq.

*Attorneys for Defendants,
Linemart, Inc., Linemart NJ, Inc., Shenzhen Sailvan Network Technology Ltd. and Shenzhen Sailvan Ecommerce Co., Ltd.*