JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SNOW JOE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINEMART INC., et al.<br><br>　　　　Defendants. | Case No.: 2:20-cv-00587 RSWL (RAOx)<br><br>[~~PROPOSED~~] PERMANENT INJUNCTION AGAINST DEFENDANTS, AND DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE<br><br>**Judge**: Hon. Ronald S.W. Lew |

　　　The Court, pursuant to the Joint Stipulation for Entry of Permanent Injunction against Defendants, and Dismissal of Entire Action, with prejudice (the "Joint Stipulation"), by and between Plaintiff Snow Joe, LLC ("Plaintiff"), and Defendants Linemart, Inc., Linemart NJ, Inc., Shenzhen Sailvan Network Technology Ltd., and Shenzhen Sailvan Ecommerce Co., Ltd. (collectively "Defendants") filed concurrently herewith, hereby ORDERS, ADJUDICATES and DECREES that a

permanent injunction shall be and hereby is entered against Defendants in the above-referenced matter as follows:

1. **PERMANENT INJUNCTION.** Defendants are hereby restrained and enjoined, pursuant to 15 United States Code ("U.S.C.") § 1116(a), from engaging in, directly or indirectly, or authorizing or assisting any third-party to engage in, any of the following activities in the United States:

   i. using in commerce any false or misleading description of fact or false or misleading representation of fact which mispresents the Pounds Per Square Inch ("PSI") achievable by Defendants HOMDOX-branded electric pressure washers; and

   ii. using in commerce any false or misleading description of fact or false or misleading representation of fact which mispresents the adherence to testing, inspection and certification requirements of the European Conformity ("CE") for electrical safety standards for HOMDOX-branded electric pressure washers.

2. This Permanent Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

3. The Court finds there is no just reason for delay in entering this Permanent Injunction against Defendants, and, pursuant to Federal Rule of Civil Procedure 54(a), the Court directs immediate entry of this Permanent Injunction against Defendants.

4. **NO APPEALS.** No appeals shall be taken from this Permanent Injunction against Defendants, and Plaintiff and Defendants waive all rights to appeal.

5. **CONTINUING JURISDICTION.** This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction by Defendants, and/or any breach of the settlement agreement reached between the Parties.

6. **NO FEES AND COSTS.** The Parties shall bear their own attorneys' fees and costs incurred in this matter.

7. **DISMISSAL.** Upon entry of this Permanent Injunction against Defendants, this case shall be dismissed in its entirety, with prejudice.

**IT IS SO ORDERED** this __17th__ day of __November__, 2021.

/s/ RONALD S.W. LEW
_____
HON. RONALD S.W. LEW
United States District Judge